No. 86–1523.  CHANDLER v. CHANDLER, 481 U. S. 1049; and

No. 87–1689.  CHANDLER v. CHANDLER ET AL., 486 U. S. 1023.  Motion of petitioner for leave to proceed further herein *in forma pauperis* granted.  Motion for leave to file petition for rehearing denied.

No. 89–5271.  MARTIN v. PENNSYLVANIA STATE REAL ESTATE COMMISSION ET AL., *ante*, p. 883.  Petition for rehearing denied. JUSTICE BRENNAN took no part in the consideration or decision of this petition.

### NOVEMBER 29, 1989

No. A–412 (89–6144).  PREJEAN v. SMITH, WARDEN, ET AL. Sup. Ct. La.  Application for stay of execution of sentence of death, presented to JUSTICE WHITE, and by him referred to the Court, granted pending the disposition by this Court of the petition for writ of certiorari.  Should the petition for writ of certiorari be denied, this stay terminates automatically.  In the event the petition for writ of certiorari is granted, this stay shall continue pending the issuance of the mandate of this Court.

### DECEMBER 1, 1989

No. 88–790.  TURNOCK, DIRECTOR OF THE ILLINOIS DEPARTMENT OF PUBLIC HEALTH, ET AL. v. RAGSDALE ET AL.  C. A. 7th Cir.  [Probable jurisdiction postponed, 492 U. S. 916.]  Joint motion to defer further proceedings in this case granted.  JUSTICE STEVENS took no part in the consideration or decision of this motion.

### DECEMBER 4, 1989

No. A–390.  CLARK v. CLARK ET AL.  Sup. Ct. Iowa.  Application for stay, addressed to THE CHIEF JUSTICE and referred to the Court, denied.